**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OTB HOLDING LLC, *et al.*,[1] | ) | Case No. 25- 52415 (    ) |
| | ) | |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF DESIGNATION OF COMPLEX CHAPTER 11 CASE**

The above-captioned cases were voluntarily filed on March 4, 2025 under chapter 11 of title 11 of the United Sates Code (the "Bankruptcy Code"). The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") believe that these cases qualify as Complex Chapter 11 Cases because:

| | |
|---|---|
| __X__ | The Debtors have total debt or total assets of more than $25 million, excluding claims of insiders (as defined in 11 U.S.C. §101); |
| __X__ | There are more than 100 parties in interest in this case, excluding former and current employees; |
| _____ | Claims against or interests in the Debtors are publicly traded; or |
| _____ | Other (Substantial explanation is required. Attach additional sheets if necessary.); and |
| __X__ | The Debtors are not individuals; and |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: OTB Holding LLC (3213), OTB Acquisition LLC (8500), OTB Acquisition of New Jersey LLC (1506), OTB Acquisition of Howard County LLC (9865), Mt. Laurel Restaurant Operations LLC (5100), OTB Acquisition of Kansas LLC (9014), OTB Acquisition of Baltimore County, LLC (6963). OTB Holding LLC's service address is One Buckhead Plaza, 3060 Peachtree Road, NW, Atlanta, GA 30305.

| \_\_\_\_X\_\_\_\_ | The Debtors do not own single asset real estate, or they do own single asset real estate but treatment as a Complex Chapter 11 Case is justified (attach explanation explaining the circumstances). |
|---|---|

[*Remainder of Page Intentionally Blank*]

Date: March 4, 2025
Atlanta, Georgia

Respectfully submitted,

KING & SPALDING LLP

<u>/s/ *Brooke L. Bean*</u>
Jeffrey R. Dutson
Georgia Bar No. 637106
Brooke L. Bean
Georgia Bar No. 764552
Kyung Won Song
Georgia Bar No. 692753
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: jdutson@kslaw.com
Email: bbean@kslaw.com
Email: asong@kslaw.com

*Proposed Counsel for the Debtors in Possession*