**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25 – 52416 - SMS |
| | : | |
| OTB ACQUISITION LLC, | : | CHAPTER 11 |
| | : | |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Mary Ida Townson, United States Trustee, Region 21, in the above-captioned case.

                                            Respectfully submitted,

                                            MARY IDA TOWNSON
                                            UNITED STATES TRUSTEE
                                            REGION 21

                                            */s   David S. Weidenbaum*
                                            DAVID S. WEIDENBAUM
                                            Georgia Bar No. 745892
                                            Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331 – 4705 [office]
(202) 329 – 2428 [cell]
david.s.weidenbaum@usdoj.gov