# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-52416 - SMS |
| | : | |
| OTB ACQUISITION LLC, | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Mary Ida Townson, United States Trustee, Region 21, in the above-captioned case.

Respectfully submitted,

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

 /s/
ALAN HINDERLEIDER
Georgia Bar No. 938543
Trial Attorney
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4464
alan.hinderleider@usdoj.gov