IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| OTB Acquisition LLC, ) | Case No. 25-52416-sms |
| ) | Judge Sage M. Sigler |
| ) | |
| Debtor. ) | |

**<u>APPEARANCE OF COUNSEL AND REQUEST FOR COPIES OF
ALL NOTICES, DOCUMENTS AND PLEADINGS</u>**

Please take notice that the Law Firm of Wiles & Wiles, LLP, as counsel for Creditors (i) Realty Income Corporation, (ii) SITE Centers, (iii) Kite Realty Group and (iv) Brookfield, hereby enters its appearance of counsel and requests that all notices given or required to be given in this case, and all papers, pleadings and documents filed or served or required to be filed in this case, be given to and served upon the following person as attorney for the above referenced creditors:

> John J. Wiles, Esq.
> Ryan S. Robinson, Esq.
> Wiles & Wiles, LLP
> 800 Kennesaw Avenue, Suite 400
> Marietta, Georgia 30060-7946
> bankruptcy@evict.net

This request for notice encompasses, but is not limited to, all notices, copies, documents and pleadings referred to, <u>inter alia</u>, in Rules 2002, 3017, or 9007 of the Bankruptcy Rules and without limitation, notices of any orders, motions, demands,

complaints, petitions, pleadings, requests, applications, or any other document brought before this Court in any case, whether formal or informal, written or oral, or transmitted by mail delivery, CM/ECF, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

This 6th day of March, 2025.

Respectfully submitted,
/s/ Ryan S. Robinson
John J. Wiles, Esq.
Georgia Bar No. 758710
Ryan S. Robinson, Esq.
Georgia Bar No. 635478

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, a true and correct copy of the foregoing Notice of Appearance of Counsel and Request for Copies of All Notices, Documents and Pleadings was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in the above-captioned chapter 11 case.

/s/ Ryan S. Robinson
Ryan S. Robinson
Georgia Bar No. 635478

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile, bankruptcy@evict.net