# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 25-52416-SMS |
| OTB ACQUISITION LLC, | ) |
| | ) |
| Debtor. | ) CHAPTER 11 |

## NOTICE OF APPEARANCE

COMES NOW R. Patrick White of the law firm of Kershaw White LLC and files this his Notice of Appearance as counsel for Defendant Kimco Lake Prairie TC, L.P.

All further pleadings, motions, orders, notices, correspondence, filings and other communications should be sent directly to R. Patrick White.

I hereby certify that the foregoing was prepared using Times New Roman 14-point font, in accordance with L.R. 5.1C, N.D. Ga.

- 2 -

Respectfully submitted, this 24th day of March, 2025.

                            **KERSHAW WHITE LLC**

| | |
|---|---|
| 5881 Glenridge Drive, Suite 100 | */s/ R. Patrick White* |
| Atlanta, GA  30328 | **R. PATRICK WHITE** |
| 470-443-1100 main phone | Georgia Bar No. 754806 |
| 470-344-0992 direct dial | |
| 404-748-1179 fax | *Counsel for Defendant* |
| *patrick.white@kershawwhite.com* | *Kimco Lake Prairie TC, L.P.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, and served on the following counsel of record:

Brooke Bean, Esq.
Jeff Dutson, Esq.
King & Spalding LLP
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
*bbean@kslaw.com*
*jdutson@kslaw.com*

***Counsel for* OTB Acquisition LLC**

John J. Wiles, Esq.
Ryan S. Robinson, Esq.
Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, GA 30060
*bankruptcy@evict.net*

***Counsel for Reality Income Corporation, SITE Centers Corp, Kite Realty Group, and Brookfield Properties Retail, Inc.***

Alan Hinderleider, Esq.
David S. Weidenbaum, Esq.
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
*alan.hinderleider@usdoj.gov*
*david.s.weidenbaum@usdoj.gov*

***Counsel for United States Trustee***

Respectfully submitted, this 24th day of March, 2025.

                      **KERSHAW WHITE LLC**

5881 Glenridge Drive, Suite 100
Atlanta, GA  30328
470-443-1100 main phone
470-344-0992 direct dial
404-748-1179 fax
*patrick.white@kershawwhite.com*

*/s/ R. Patrick White*
**R. PATRICK WHITE**
Georgia Bar No. 754806

***Counsel for Defendant***
***Kimco Lake Prairie TC, L.P.***

- 3 -